# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BABA DARBOE #A73 603 589 | | |
| Petitioner | : | |
| | | |
| v. | : | Civil Action No. JFM-05-1690 |
| | | |
| UNITED STATES DEPARTMENT | : | |
| OF HOMELAND SECURITY, BUREAU | | |
| OF IMMIGRATION AND CUSTOMS | : | |
| ENFORCEMENT | | |
| Respondent | : | |

. . . .o0o. . . .

## MEMORANDUM

Before the Court is a pro se petition for writ of habeas corpus filed by Petitioner Baba Darboe, an alien who is subject to an administratively final order of deportation and who was in custody of the U.S. Immigration and Customs Enforcement ("ICE") at the time the petition was filed on June 20, 2005. Respondent, ICE, through counsel, has filed a dispositive motion to dismiss the petition as moot based on Petitioner's July 27, 2005, release from ICE custody under an order of supervision. Paper No. 4, Exhibit C.

In his habeas application, Petitioner challenges only his continued detention pending removal. He does not challenge the administratively final removal order, and the only relief requested is his release from ICE custody. Accordingly, Petitioner has been accorded the relief he requests, and the petition will be dismissed as moot. See Picon-Peron v. Rison, 930 F.2d 773, 775 (ruling habeas petition moot when after alien released from custody). An Order consistent with this Memorandum follows.

August 4, 2005                               /s/
Date                                         J. Frederick Motz
                                             United States District Judge